IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| FOOTHILL INSURANCE COMPANY,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>ACCREDITED SURETY & CASUALTY COMPANY, INC.,<br><br>　　　　　　　　Respondent. | No. CV 22-29-H-SEH<br><br>ORDER |

On May 3, 2022, Respondent Accredited Surety & Casualty Company, Inc. ("Accredited") moved for admission of Lloyd A. Gura, Esq., and Matthew J. Lasky, Esq., of Mound Cotton Wollan & Greengrass, LLP, New York City, New York, to appear *pro hac vice* in this case with Daniel J. Auerbach, Esq., of Browing Kaleczyc Berry & Hoven, P.C., Missoula, Montana, to act as local counsel. The applications are in compliance with L.R. 83.1(d).

**ORDERED:**

Defendant Accredited's Unopposed Motions for Admission of Lloyd A. Gura and Matthew J. Lasky *Pro Hac Vice*[1] are GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead counsel or as co-lead counsel;

2. Either Mr. Gura or Mr. Lasky, but not both, may act as co-lead counsel;

3. Mr. Gura and Mr. Lasky must each do his own work. Each must do his own writing, sign his own pleadings, motions and briefs, and, if one is designated co-lead counsel in the acknowledgment and acceptance of his admission required below, must appear and participate personally in all proceedings before this Court;

4. Local counsel must, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7); and

5. Admission is personal to Mr. Gura and Mr. Lasky; it is not an admission of the Mount Cotton Wollan & Greengrass law firm.

---

[1] *See* Docs. 2 & 3.

**FURTHER ORDERED:**

This Order will be withdrawn unless Mr. Gura and Mr. Lasky, within fifteen (15) days from the date of this Order, file an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 4th day of May, 2022

*Sam E. Haddon*
SAM E. HADDON
United States District Judge