UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| FOOTHILL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ACCREDITED SURETY & CAUSALTY COMPANY,<br><br>Defendant. | Case No. CV-22-029-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 33), Judgment is entered in favor of the defendant and against the plaintiff.

Dated this 6th day of December 2022.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk