IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

|  |  |
|---|---|
| FOOTHILL INSURANCE COMPANY,<br><br>　　　　Petitioner,<br><br>vs.<br><br>ACCREDITED SURETY & CASUALTY COMPANY, INC.,<br><br>　　　　Respondent. | CV 22-29-H-SEH<br><br>AMENDED JUDGMENT<br>*NUNC PRO TUNC* |

SAM E. HADDON, United States District Judge:

It is ORDERED, ADJUDGED, and DECREED that for the reasons stated in the Court's Order dated December 6, 2023,[1] Petitioner Foothill Insurance Company is directed to pay monetary damages to Respondent Accredited Surety & Casualty Company, Inc., in the amount of $1,615,627, plus interest of $177,168.45. Additionally, to the extent that Petitioner has not paid the amounts

---

[1] Doc. 33.

awarded by December 31, 2021, interest shall accrue on the amount unpaid at the annual rate of 10%.

DATED this 6th day of March, 2023, EFFECTIVE December 6, 2023.

*Sam E. Haddon*
Sam E. Haddon
United States District Judge